UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DANIEL L. POHLE,<br><br>Plaintiff,<br><br>v.<br><br>MIKE PENCE, FORMER PRESIDENT BARACK OBAMA, FORMER VICE PRESIDENT JOE BIDEN, FORMER SECRETARY OF STATE HILLARY CLINTON, FORMER SECRETARY OF STATE JOHN KERRY, FORMER DIRECTOR OF THE C.I.A. JOHN BRENNAN, FORMER DIRECTOR OF THE F.B.I. ROBERT MUELLER, FORMER DIRECTOR OF THE F.B.I. JAMES COMEY, CURRENT DIRECTOR OF THE F.B.I. CHRISTOPHER WRAY, U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF INDIANA JOSHUA MINKLER, SIX UNKNOWN NAMED AGENTS OF THE UNITED STATES FEDERAL GOVERNMENT, THE HONORABLE CHIEF JUSTICE JOHN G. ROBERTS,<br><br>Defendants. | Cause No. 4:20-cv-139 |

**NOTICE OF REMOVAL**

TO: The Honorable Judge of the United States District Court for the Southern District of Indiana

The Honorable Josh J. Minkler, in both his official capacity as United States Attorney for the Southern District of Indiana and in his individual capacity, by counsel, respectfully notifies the Court and the parties that the above-captioned case now pending in the Jennings Superior Court, Cause No. 40D01-1910-MI-000082, is removed therefrom to this Court under the provisions of 28 U.S.C. § 1442(a) and 1446. In support of this Notice of Removal, U.S. Attorney Minkler states the following:

1. In October 2019, Plaintiff Daniel L. Pohle ("Pohle") filed suit in the Jennings Superior Court against Vice President Mike Pence for events that purportedly occurred while he was the Governor of the State of Indiana.[1] [Filing No. 1-1 at 9-12.] Shortly thereafter, Pohle filed an Amended Complaint, adding "Six Unknown Named Agents of the United States Federal Government." [*Id.* at 53-56.] A copy of this Amended Complaint was sent only to the U.S. Department of Justice, at 950 Pennsylvania Ave NW, in Washington D.C. [*See id.* at 57-58.] The Amended Complaint was not served on the United States Attorney's Office.

2. Recently, Pohle filed an Amended Complaint naming as defendants U.S. Attorney Minkler and several other current and former federal officers, including Chief Justice of the United States John G. Roberts, Jr., former President Barack Obama, former Vice President Joe Biden, former Secretaries of State Hillary Clinton and John Kerry, former Director of the Central Intelligence Agency John Brennan, two former Directors of the Federal Bureau of Investigation ("FBI"), and the current FBI Director. [Filing No. 1-1 at 100-195; *see also* Filing No. 1-2.] The United States Attorney's Office for the Southern District of Indiana received a copy of this Amended Complaint on June 3, 2020. This, however, does not constitute proper service on U.S. Attorney Minkler (or any of the other federal defendants). *See* Fed. R. Civ. P. 4(i).

3. In the Amended Complaint, Pohle alleges that "all Defendants refuse to acknowledge The Vienna Convention on the Law of Treaties and The Vienna Convention on Contracts for the International Sale of Goods" in purported violation of Pohle's rights under the due process and equal protection clauses. [Filing No. 1-2 at ¶ 1.] The allegations against the

---

[1] Before removal, Vice President Pence filed a motion to dismiss, which he later renewed, in state court. [*See* Filing No. 1-1 at 39-46, 68-71.] That motion remains pending. Pursuant to S.D. Ind. Local Rule 81-2(d), a separate notice listing this motion has been filed contemporaneously. [*See* Filing No. 3.]

federal defendants—to extent there are any—appear to be based solely on their positions within the federal government. [*See*, *e.g.*, Filing No. 1-2 at ¶ 43 ("On September 4, 2015 Barack Obama was President, Joe Biden was Vice President, John Kerry was Secretary of State, John Brennan was Director of the CIA, James Comey was the Director of the FBI, Joshua Minkler was the U.S. Attorney for the Southern District of Indiana and Mike Pence was the Governor of Indiana.").]

4. Pursuant to 28 U.S.C. § 1442(a)(1), "[a] civil action . . . that is commenced in a State court and that is against or directed to . . . [t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office " may be removed to the district court of the United States for the district and division covering the place in which the action is pending. U.S. Attorney Minkler, as well as the other named federal defendants,[2] are persons falling within the scope of 28 U.S.C. § 1442(a)(1). Accordingly, pursuant to § 1442(a)(1), this action is being removed to the United States District Court for the Southern District of Indiana, New Albany Division, which encompasses Jennings County.[3]

5. In accordance with S.D. Ind. Local Rule 81-2, copies of the docket sheet and all filings in the state court are attached as Exhibit 1. [*See* Filing No. 1-1.] A copy of Pohle's Amended Complaint, which is the operative complaint, is further attached as Exhibit 2. [*See* Filing No. 1-2.]

---

[2] None of these other federal defendants have been served with Pohle's Amended Complaint.

[3] Moreover, although there are no allegations against Chief Justice Roberts in the Amended Complaint and Chief Justice Roberts has not been served with a copy of the Amended Complaint, this action would also be removable under 28 U.S.C. § 1442(a)(3), which provides that officers of the courts of the United States are entitled to removal when criminal or civil actions are commenced against them "for or relating to any act under color of office or in the performance of [their] duties."

6. This notice is filed within thirty days after the United States Attorney's Office for the Southern District of Indiana received a copy of Pohle's Amended Complaint on June 3, 2020.

7. A copy of this Notice of Removal will be promptly filed with the Clerk of the Jennings Superior Court, which will effectuate the removal. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, The Honorable Josh J. Minkler, in both his official capacity as United States Attorney for the Southern District of Indiana and his individual capacity, by counsel, removes this action to the United States District Court for the Southern District of Indiana, New Albany Division.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, a copy of the foregoing *Notice of Removal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on June 19, 2020, a copy of the foregoing *Notice of Removal* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Bryan R. Findley
Archer Riddick Randall Rose
Deputy Attorneys General
Office of the Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770

Daniel L. Pohle
1280 N. Co. Rd., 500 E.
Butlerville, IN 47223

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027