UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DANIEL L. POHLE,<br><br>Plaintiff,<br><br>v.<br><br>MIKE PENCE, FORMER PRESIDENT BARACK OBAMA, FORMER VICE PRESIDENT JOE BIDEN, FORMER SECRETARY OF STATE HILLARY CLINTON, FORMER SECRETARY OF STATE JOHN KERRY, FORMER DIRECTOR OF THE C.I.A. JOHN BRENNAN, FORMER DIRECTOR OF THE F.B.I. ROBERT MUELLER, FORMER DIRECTOR OF THE F.B.I. JAMES COMEY, CURRENT DIRECTOR OF THE F.B.I. CHRISTOPHER WRAY, U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF INDIANA JOSHUA MINKLER, SIX UNKNOWN NAMED AGENTS OF THE UNITED STATES FEDERAL GOVERNMENT, THE HONORABLE CHIEF JUSTICE JOHN G. ROBERTS,<br><br>Defendants. | ) | Cause No. 4:20-cv-139-SEB-DML |

**DEFENDANT MINKLER'S AND OFFICIAL CAPACITY DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

Defendant, the Honorable Josh J. Minkler, in his official capacity as United States Attorney for the Southern District of Indiana and in his individual capacity, as well as the remaining Federal Defendants in their official capacities only (the "Official Capacity Defendants"), respectfully move the Court to dismiss Plaintiff Daniel L. Pohle's claims against them for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief may be granted under Federal Rule of Civil

Procedure 12(b)(6). In support of this motion, Defendant Minkler and the Official Capacity Defendants contemporaneously file their Brief in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim.

WHEREFORE, Defendant, The Honorable Josh J. Minkler, in his official and individual capacities, and the remaining Federal Defendants in their official capacities only respectfully request that the Court grant their motion to dismiss, dismiss them as defendants from this action, and grant all other just and proper relief.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020, a copy of *Defendant Minkler's and Official Capacity Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim* was filed electronically. Service of this filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

Bryan R. Findley
Archer Riddick Randall Rose
Deputy Attorneys General
Bryan.Findley@atg.in.gov
Archer.Rose@atg.in.gov

I further certify that on August 24, 2020, a copy of *Defendant Minkler's and Official Capacity Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim* was mailed, by certified U.S. Mail, postage prepaid and properly addressed to the following:

Daniel L. Pohle
1280 N. Co. Rd., 500 E.
Butlerville, IN 47223

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204