UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DANIEL L. POHLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-00139-SEB-DML |
| | ) | |
| MIKE PENCE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction.

Date: 2/22/2021

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DANIEL L. POHLE
1280 N CR 500 E
Butlerville, IN 47223

Brandon Carothers
INDIANA ATTORNEY GENERAL
bcarothers@atg.in.gov

Justin R. Olson
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
justin.olson2@usdoj.gov

Archer Riddick Randall Rose
INDIANA ATTORNEY GENERAL
archer.rose@atg.in.gov

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov