**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

FILED
DEC 20 2021
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

DANIEL L POHLE
Plaintiff,

V.

Cause No.4:20-cv-00139

MIKE PENCE, BARACK OBAMA,
JOE BIDEN, HILLARY CLINTON,
JOHN KERRY. JOHN BRENNAN,
ROBERT MUELLER, JAMES COMEY,
CHRISTOPHER WRAY, JOSHUA MINKLER,
SIX UNKNOWN NAMED AGENTS and
THE HONORABLE CHIEF JUSTICE JOHN G ROBERTS,
Defendants

# Notice of Appeal to the 7th Circuit Court of Appeals

Comes now the Plaintiff to inform the Court that the Plaintiff will:

1. - Appeal all decisions made by the Honorable Sarah Evans Barker.
2. – The Plaintiff will ask the 7th Circuit to find that Defendants with Counsel are perpetrating a Fraud upon the Court by citing the Rooker Feldman Doctrine in bad faith because **all are aware** that the President of the United States is obligated under Article I section 8 of the Constitution to seek Permanent Injunction against the State of Indiana for placing matters governed by Treaty Law in state courts.
3. – The Plaintiff will ask the 7th Circuit Court to find that the Defendants Knowing and Willful disregard for Article VI clause 2 of the Constitution to harm the Plaintiff amounts to a Criminal Conspiracy to Violate the Plaintiff's constitutional right to Due Process and Equal Protection. -18 USC 241
4. -The Plaintiff seeks Final Judgement and Punitive Damages as filed.
5. –The Plaintiff will ask the 7th Circuit to hear a Treason Complaint

Daniel L Pohle [signature]
Pro Se Plaintiff, Victim, Patriot, Whistleblower